UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ALLAN O. MOORE, SR.,
    Plaintiff,

       vs.                           No.  07-1325

STEPHEN MATHERS, et al.
    Defendants.

## ORDER OF DISMISSAL

On November 29, 2007, the plaintiff, a state prisoner, filed a complaint pursuant to 42 U.S.C. §1983, but failed to pay the filing fee or file a motion to proceed in forma pauperis. On November 30, 2007, the court found that plaintiff had accumulated three strikes pursuant to 28 U.S.C. §1915(g). *See* Nov. 30, 2007 Order. (*See Moore v. Knox County Police Department*, Case No. 04-1055; *Moore v. Moore*, Case No. 01-1306; *Moore v. Peoria Police Department*, Case No. 03-1366).   The plaintiff did not claim he was in imminent danger in his complaint. Therefore, the plaintiff 's was given fourteen days to pay the $350 filing fee in full.

The plaintiff has failed to pay the filing fee or respond to the court order.  His case will therefore be dismissed.

**IT IS THEREFORE ORDERED  that:**

**1) The plaintiff's case is dismissed in its entirety, without prejudice, for failure to pay the filing fee.**

**2) The agency having custody of the Plaintiff is directed to remit the docketing fee of $350.00 from the plaintiff's prison trust fund account if such funds are available.  If the plaintiff does not have $350.00 in his trust fund account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher.  Thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the clerk of court each time the plaintiff's account exceeds $10.00 until the statutory fee of $350.00 is paid in its entirety.  The filing fee collected shall not exceed the statutory filing fee of $350.00.**

**3)  The plaintiff shall notify the clerk of the court of a change of address within seven days of such change.  Release from incarceration does not relieve the plaintiff of his obligation to pay the filing fee in full.**

**4) The clerk is directed to mail a copy of this order to the plaintiff's place of confinement, to the attention of the Trust Fund Office.**

**5) The clerk is directed to add the plaintiff's name to the list of plaintiffs with three strikes in the Central District of Illinois. The plaintiff is advised that he must inform the court of his status pursuant to §1915(g) in any future lawsuits.**

ENTERED this __9th__ day of January, 2008.

                                        **s/Harold A. Baker**

                                        _____
                                           HAROLD A. BAKER
                                      UNITED STATES DISTRICT JUDGE